B6G (Official Form 6G) (12/07)

In re: __Mark Duprey   Mary Duprey_____,    Case No. __13-10386_____
            Debtors                                                    (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Waterview Apartments<br>Cohoes, NY 12047 | Lease for apartment to be rejected |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:    Mark DuPrey, Debtor<br>Mary Duprey, Debtor | Chapter 13<br>Case No. 13-10386 |

# DECLARATION

(The penalty for making a false statement of concealing property is a fine of
up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 2571.)

    We, MARK DUPREY and MARY DUPREY, named as the Debtors in this case, declare under penalties of perjury that we have read the foregoing Amended Schedule G, consisting of two (2) sheets (including this declaration), and that it is true and correct to the best of our knowledge, information and belief.

DATED: _5/01_, 2013          _____
                                                                       Mark DuPrey

DATED: _05/01_, 2013         _____
                                                                        Mary Duprey